■ The People of the State of New York, Respondent, v Viscount Washington, Appellant. [38 NYS3d 418]—Order, Supreme Court, New York County (Michael J. Obus, J.), entered on or about March 24, 2015, which adjudicated defendant a level three sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The undisputed serious physical injury inflicted by defendant automatically resulted in an override to risk level three (see People v Howard, 27 NY3d 337, 342 [2016]). The court properly exercised its discretion when it declined to grant a downward departure (see People v Gillotti, 23 NY3d 841 [2014]). There were no mitigating factors that were not adequately taken into account by the risk assessment instrument, and the record does not establish any basis for a downward departure, given the egregiousness of the underlying crime. Concur—Tom, J.P., Sweeny, Andrias, Webber and Gesmer, JJ.

■ The People of the State of New York, Respondent, v Yeritza Agosto, Appellant. [38 NYS3d 418]—Judgment, Supreme Court, New York County (Laura Ward, J.), rendered October 6, 2014, convicting defendant, upon his plea of guilty, of grand larceny in the fourth degree, and sentencing him to an aggregate term of five years' probation, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Tom, J.P., Sweeny, Andrias, Webber and Gesmer, JJ.